# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146480(49)

_____

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,                    SC: 146480
                                                     COA: 311253
v                                                    Macomb CC: 2009-002637-FC

DWAYNE E. WILSON,
              Defendant-Appellant.
_____/

On order of the Chief Justice, the motion by defendant-appellant to extend the time for filing his appeal brief is GRANTED. The brief received on August 6, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013
                                        Clerk